# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Profectus Technology LLC,** *Plaintiff*, v. **Huawei Technologies Co., Ltd.** *et al.*, *Defendants*. | **Case No. 6:11-cv-00474-MHS** (Consolidated – Lead Case) Jury Trial Demanded |
| **Profectus Technology LLC,** *Plaintiff*, v. **Acer Inc.,** *et al.*, *Defendants*. | **Case No. 6:11-cv-00677-MHS** (Consolidated with 6:11-cv-474) Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered plaintiff Profectus Technology LLC and defendants Acer Inc. and Acer America Corporation's Joint Motion to Dismiss with Prejudice, the Court finds that good cause exists for GRANTING the motion (Doc. No. 353).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this action by and between plaintiff Profectus Technology LLC and defendants Acer Inc. and Acer America Corporation are hereby dismissed with prejudice. All attorneys' fees, expenses, and costs of court shall be borne by the party incurring same. This

2

order shall not affect the claims asserted by plaintiff Profectus Technology LLC against the remaining defendants in this action.

It is FURTHER ORDERED that Joint Motion for Extension of Time to File Closing Documents (Doc. No. 347) is DENIED as moot.

**It is SO ORDERED.**

**SIGNED this 19th day of June, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE