**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PROFECTUS TECHNOLOGY LLC | § | |
| | § | |
| v. | § | Case No. 6:11-cv-677 |
| | § | |
| ACER INC. and | § | |
| ACER AMERICA CORP. | § | |

## FINAL JUDGMENT

In accordance with the Court's order dismissing the claims in this case, it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 19th day of June, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE